CLOSED, ECF, RELATED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01953-HB
# Internal Use Only

| | |
|---|---|
| Braker v. Nuvelo, Inc. et al | Date Filed: 03/06/2007 |
| Assigned to: Judge Harold Baer | Date Terminated: 07/20/2007 |
| Related Case: 1:07-cv-00975-HB | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Herbert Braker**    represented by    **Darren J. Robbins**
*On behalf of himself and all others similarly situated*

Lerach Coughlin Stoia Geller Rudman
& Lerach LLP(San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: e_file_sd@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Avi Rosenfeld**
Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah R. Gross**
Law Offices of Bernard M. Gross
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
(215)-561-3600
Fax: (215)-561-3000
Email: debbie@bernardmgross.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mary K. Blasy**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Howard Rudman**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S. Lerach**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nuvelo, Inc.**   represented by   **Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

|  |  |
|---|---|
|  | 212 479-6204<br>Fax: 212 479 6275<br>Email: mseifan@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>Cooley Godward Kronish, LLP ( Palo Alto )<br>5 Palo Alto Square, 3000 El Camino Real<br>Palo Alto, CA 94306<br>(650)-843-5458<br>Fax: (650)-857-0663<br>Email: gfondo@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Davis Devereaux**<br>Cooley, Godward Kronish, LLP<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000<br>Fax: (650) 857-0663<br>Email: sdevereaux@cooley.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Ted W. Love** represented by | **Marisa Megur Seifan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Davis Devereaux**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Gary S. Titus** represented by | **Marisa Megur Seifan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

        **Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly D. Guyer**     represented by     **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT against Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Filing Fee $ 350.00, Receipt Number 608018)Document filed by Herbert Braker.(tro) Additional attachment(s) added on 3/7/2007 (Becerra, Maribel). (Entered: 03/07/2007) |
| 03/06/2007 | | SUMMONS ISSUED as to Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (tro) (Entered: 03/07/2007) |
| 03/06/2007 | | CASE REFERRED TO Judge Harold Baer as possibly related to 1:07-cv-975. (tro) (Entered: 03/07/2007) |
| 03/06/2007 | | Case Designated ECF. (tro) (Entered: 03/07/2007) |
| 03/06/2007 | 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:07-cv-975. Document filed by Herbert Braker.(tro) (Entered: 03/07/2007) |
| 03/13/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-00975-HB. Notice of Assignment to follow. (laq) (Entered: 03/19/2007) |
| 03/13/2007 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Harold Baer. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 03/19/2007) |
| 03/13/2007 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 03/19/2007) |
| 03/19/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 03/19/2007) |
| 04/17/2007 | 11 | MOTION for Grant P. Fondo to Appear Pro Hac Vice. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.(jco) (Entered: 04/23/2007) |
| 04/17/2007 | 12 | MOTION for Scott D. Devereaux to Appear Pro Hac Vice. Document |

| | | |
|---|---|---|
| | | filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.(jco) (Entered: 04/23/2007) |
| 04/18/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc..(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 5 | MOTION to Transfer Case *to the Northern District of California*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Attachments: # 1 Affidavit Certificate of Service of ALL Documents)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 6 | AFFIDAVIT of Gary S. Titus in Support re: 5 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, Part 1# 4 Exhibit C, Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 7 | AFFIDAVIT of Shelly D. Guyer in Support re: 5 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | AFFIDAVIT of Ted W. Love in Support re: 5 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | DECLARATION of Grant Fondo in Support re: 5 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B# 4 Exhibit C# 5 Supplement D)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 10 | MEMORANDUM OF LAW in Support re: 5 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Ted W. Love, Gary S. Titus, Shelly D. Guyer, Nuvelo, Inc.. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/30/2007 | 13 | ORDER granting 12 Motion for Scott D. Devereaux to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 04/30/2007 | 14 | ORDER granting 11 Motion for Grant P. Fondo to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 05/03/2007 | 15 | STIPULATION AND ORDER that dfts are not required to respond to the Braker complaint, dfts will respond to the consolidated complaint to be filed after the appointment of lead plaintiff; lead plaintiff shall have forty days after entry of the order appointing lead plaintiff and lead counsel to file th consolidated complaint, unless otherwise agreed upon |

| | | |
|---|---|---|
| | | by the parties. Dfts shall respond to the consolidated complaint within forty days unless otherwise agreed upon by the parties; if dfts file any motions in response to the consolidated complaint, the opposition and reply briefs shall be filed within forty days and sixty days respectively of that response, unless otherwise agreed upon by the parties. (Signed by Judge Harold Baer on 5/2/07) (dle) (Entered: 05/04/2007) |
| 05/17/2007 | 16 | MOTION for Nicolette Tropiano to Appear Pro Hac Vice. Document filed by Herbert Braker.(jco) (Entered: 05/22/2007) |
| 06/19/2007 | 17 | AFFIDAVIT OF SERVICE of Summons and Complaint. Shelly D. Guyer served on 4/17/2007, answer due 5/7/2007. Service was accepted by Astrid Hernandez. Document filed by Herbert Braker. (Rosenfeld, David) (Entered: 06/19/2007) |
| 06/19/2007 | 18 | AFFIDAVIT OF SERVICE of Summons and Complaint. Ted W. Love served on 4/9/2007, answer due 4/30/2007. Service was accepted by Ted W. Love. Document filed by Herbert Braker. (Rosenfeld, David) (Entered: 06/19/2007) |
| 06/19/2007 | 19 | AFFIDAVIT OF SERVICE of Summons and Complaint. Nuvelo, Inc. served on 4/10/2007, answer due 4/30/2007. Service was accepted by Nelly Evangelista. Document filed by Herbert Braker. (Rosenfeld, David) (Entered: 06/19/2007) |
| 06/19/2007 | 20 | AFFIDAVIT OF SERVICE of Summons and Complaint. Gary S. Titus served on 4/17/2007, answer due 5/7/2007. Document filed by Herbert Braker. (Rosenfeld, David) (Entered: 06/19/2007) |
| 07/20/2007 | 21 | ORDER granting 17 Motion to Transfer Case. Because the majority of factors favor transfer, defendants' motion to transfer venue for these four actions-- Electrical Workers v. Nuvelo, 07-cv-975 (S.D.N.Y); Logan v. Nuvelo, 07-cv-1229 (S.D.N.Y.); Giles v. Nuvelo, 07-cv-1777(S.D.N.Y.); and Braker v. Nuvelo, 07-cv-1953 (S.D.N.Y.) - is GRANTED. The Clerk of the Court is instructed to transfer these four actions to the Northern District of California and remove them from my docket. So Ordered. (Signed by Judge Harold Baer on 7/19/07) (Signed by Judge Harold Baer on 7/19/07) (jco) (Entered: 07/23/2007) |
| 07/20/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California. Sent original file along with documents numbered 1-21, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1003 on 7/25/07. (jco) (Entered: 07/25/2007) |