**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 10, 2007

CASE TITLE:   HERBERT BRAKER-v-NUVELO INC
RECEIVED FROM: Southern District of New York

CASE NUMBER:   **CV 07-04059 MJJ**

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /Sheila Rash/
Case Systems Administrator

o:\mrg\civil\transin.mrg