1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California  94598
4  Telephone:   (925) 945-0770
   Facsimile:    (925) 945-8792
5
6  -and-
7  Stuart L. Berman
   Sean M. Handler
8  Tammy D. Cummings
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone:   (610) 667-7706
10 Facsimile:    (610) 667-7056
11
12 Attorneys for Plaintiffs
13                 UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15
16                         SAN FRANCISCO
17 ELECTRICAL WORKERS PENSION
18 FUND, LOCAL 103, I.B.E.W., *On Behalf of*      No. 3:07-CV-04056-MJJ
   *itself and all others similarly situated,*
19                              Plaintiff,        CLASS ACTION
20              vs.                               PROOF OF SERVICE
21
22 NUVELO, INC., TED W. LOVE, GARY S.
   TITUS and SHELLY D. GUYER,
23
24                           Defendants.
25
26
27
28
                         PROOF OF SERVICE

1
2

BARRY LOGAN, *Individually and on behalf of all others similarly situated,*

3                              Plaintiff,

4                          vs.

5
6

NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

7                          Defendants.

8

No. 3:07-CV-04057-MJJ

9
10

ARNOLD GILES, *Individually and on behalf of all others similarly situated,*

                               Plaintiff,

11                         vs.

12
13

NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

                               Defendants.

No. 3:07-CV-04058-MJJ

14
15

HERBERT BAKER, *On Behalf of himself and all others similarly situated,*

16                             Plaintiff,

17                         vs.

18

NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

19                         Defendants.

No. 3:07-CV-04059-MJJ

20
21
22

PLEASE SEE ATTACHED PROOF OF SERVICE

23
24
25
26
27
28

PROOF OF SERVICE

1

**PROOF OF SERVICE**

2

    I am a resident of the State of California, over the age of eighteen years, and not a party to the

3

within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California

94598.  On August 16, 2007, I served the within documents:

4

5

    **MOTION OF THE LIDARD GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

6

7

☒    by placing a copy of the document(s) listed above for collection and mailing

8

        following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek,

9

        California addressed as set forth below.

10

☐    by facsimile transmission on that date.  This document was transmitted by using a

11

        Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792.  The transmission was reported

12

        as complete and without error.

13

☐    By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

14

☐    by depositing a true copy of the same enclosed in a sealed envelope with delivery

15

        fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

16

☐    by e-mail transmission on that date.  These documents were transmitted via e-

17

        mail to the following e-mail addresses as set forth below.

18

19

Evan J. Smith

Brodsky & Smith, LLC

20

240 Mineola Blvd.

Mineola, NY 11501

21

Marshall N. Perkins

The World Trade Center – Baltimore]

401 E. Pratt Street

Suite 2525

Baltimore, MD  21202

22

23

24

25

26

27

28

1
2
3
4

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

5
6
7
8

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on August 16, 2007, at Walnut Creek, California.

Peggy Toovey

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE