COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@csgrr.com
moniquew@csgrr.com

Liaison Counsel

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
CAROLE A. BRODERICK
BARBARA A. PODELL
PHYLLIS M. PARKER
JOSHUA C. SCHUMACHER
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)
ssavett@bm.net
bpodell@bm.net
pparker@bm.net

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)
aschatz@snilaw.com
jnobel@snilaw.com
nkulesa@snilaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MMJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE |
| ALL ACTIONS. | |

1   WHEREAS, Shelly D. Guyer ("Guyer") was named as a defendant in complaints filed in this action; and

3   WHEREAS, Co-Lead Counsel for plaintiffs do not intend to name Guyer as a defendant in this consolidated action; and

5   NOW, THEREFORE, the undersigned parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss Guyer as a defendant from this consolidated action without prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

DATED: November 9, 2007           COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                  DENNIS J. HERMAN
                                  MONIQUE C. WINKLER


                                          /s/ Dennis J. Herman
                                  DENNIS J. HERMAN

                                  100 Pine Street, Suite 2600
                                  San Francisco, CA  94111
                                  Telephone:  415/288-4545
                                  415/288-4534 (fax)

                                  Liaison Counsel

                                  BERGER & MONTAGUE, P.C.
                                  SHERRIE R. SAVETT
                                  CAROLE A. BRODERICK
                                  BARBARA A. PODELL
                                  PHYLLIS M. PARKER
                                  JOSHUA C. SCHUMACHER
                                  1622 Locust Street
                                  Philadelphia, PA  19103
                                  Telephone:  215/875-3000
                                  215/875-4604 (fax)

                                  SCHATZ NOBEL IZARD, P.C.
                                  ANDREW M. SCHATZ
                                  JEFFREY S. NOBEL
                                  NANCY A. KULESA
                                  One Corporate Center
                                  20 Church Street, Suite 1700
                                  Hartford, CT  06103
                                  Telephone:  860/493-6292
                                  860/493-6290 (fax)

                                  Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ           - 1 -

DATED:  November 9, 2007

COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
GRANT P. FONDO (181530)
JEFFREY KABAN (235743)

           /s/ Jeffrey Kaban
           JEFFREY KABAN

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

    I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE.  In compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

           /s/ Dennis J. Herman
           DENNIS J. HERMAN

*    *    *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/16/07

           THE HONORABLE MARTIN J. JENKINS
           UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STIP00047133.doc

1 <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk
3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on November 9, 2007.

9

10      s/ Dennis J. Herman
        DENNIS J. HERMAN

11

12      COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
13      100 Pine Street, 26th Floor
        San Francisco, CA  94111
14      Telephone:  415/288-4545
        415/288-4534 (fax)
15
16      E-mail: Dennish@csgrr.com

17
18
19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

58 South Service Road
Suite 200
New York, NY 11747

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087