COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE,
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON NUVELO, INC.'S MOTION TO DISMISS FOR MAY 29, 2008**<br><br>Hearing Date:  May 29, 2008<br>Time:             2:30 p.m.<br>Courtroom:    6<br>Judge:            Hon. Vaughn R. Walker<br><br>Trial Date:     Not yet set |

Pursuant to Local Civil Rules 6-1 and 6-2 and this Court's Standing Order, counsel for plaintiffs and counsel for defendants Nuvelo, Inc. ("Nuvelo"), Michael D. Levy, Ted. W. Love, and Gary S. Titus (collectively "Defendants") jointly submit the following Stipulation and [Proposed] Order resetting the hearing date on Defendants' motion to dismiss for May 29, 2008 at 2:30 p.m. and resetting the date for Defendants' reply brief to March 12, 2008.

**WHEREAS**, on December 21, 2007, Defendants filed their motion to dismiss this action pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and Section 21D(b) of the Securities

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA                        1.                        STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO.  07-CV-04056-VRW

1  Exchange Act of 1934, 15 U.S.C. § 78u-4(b), ("Motion") and noticed the Motion for hearing on
2  March 25, 2008;

3        **WHEREAS**, on February 4, 2008, plaintiffs filed their opposition to Defendants' Motion;

4        **WHEREAS**, on February 15, 2008, the action was reassigned to the Honorable Vaughn R.
5  Walker;

6        **WHEREAS**, the hearing date noticed by Defendants is not the day during which the
7  Honorable Vaughn R. Walker hears civil law and motions;

8        **WHEREAS**, plaintiffs' counsel and Defendants' counsel agree that the Motion should be
9  set for hearing on May 29, 2008;

10       **WHEREAS**, plaintiffs' counsel and Defendants' counsel previously agreed by stipulation
11 that Defendants would file a reply brief on March 5, 2008;

12       **WHEREAS**, plaintiffs' counsel and Defendants' counsel agree that Defendants shall file a
13 reply brief on March 12, 2008.

14       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties
15 hereto through their respective counsel of record, that the hearing on Defendants' motion to
16 dismiss is rescheduled for May 29, 2008 and that Defendants' reply shall be filed on March 12,
17 2008.

18       **IT IS SO STIPULATED.**

19

20 Dated:  February 28, 2008        COOLEY GODWARD KRONISH LLP

21

22                                           /s/
                                       Grant P. Fondo

23

24                                        5 Palo Alto Square
                                       3000 El Camino Real
25                                        Palo Alto, CA  94306-2155
                                       Telephone:  (650) 843-5000
                                       Facsimile:  (650) 857-0663

26

                                       Attorneys for Defendants

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA          2.          **STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW**

1  Dated:   February 28, 2008                    COUGHLIN STOIA GELLER
2                                                RUDMAN & ROBBINS LLP

3
4                                                        /s/
                                                 Dennis J. Herman
5
                                                 100 Pines Street, Suite 2600
                                                 San Francisco, CA  94111
6                                                Telephone:    (415) 288-4545
                                                 Facsimile:    (415) 28804534
7
                                                 Liaison Counsel for Plaintiffs
8

9  Dated:   February 28, 2008                    BERGER & MONTAGUE PC

10

11                                                       /s/
                                                 Barbara A. Podell
12
                                                 1622 Locust Street
13                                               Philadelphia, PA  19103
                                                 Telephone:    (215) 875-3000
14                                               Facsimile:    (215) 875-4604

15                                               SCHATZ NOBEL IZARD P.C.
                                                 Jeffrey S. Nobel
16                                               One Corporate Center
                                                 20 Church Street, Suite 1700
17                                               Hartford, CT 06103
                                                 Telephone:    (860) 493-6292
18                                               Facsimile:    (860) 493-6290

19                                               Co-Lead Counsel for Plaintiffs

20

21              **ATTESTATION PURSUANT TO GENERAL ORDER 45**

22         I, Jeffrey M. Kaban, attest that concurrence in the filing of this document has been

23  obtained from each of the other signatories. I declare under penalty of perjury under the laws of

24  the United States of America that the foregoing is true and correct.  Executed this 28th day of

25  February, 2008, at Palo Alto, California.

26
                                                         /s/
27                                               Jeffrey M. Kaban

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA                          3.           STIP. AND [PROPOSED] ORDER RESETTING
                                                   HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
                                                   CASE NO.  07-CV-04056-VRW

1  [PROPOSED] ORDER

2  Upon Stipulation of the Parties and good cause appearing therefore, it is hereby ordered
3  that the hearing date on Defendants' motion to dismiss is hereby rescheduled for May 29, 2008 at
4  2:30 p.m. and that Defendants' reply shall be filed on March 12, 2008.

5  **IT IS SO ORDERED.**

6  March 3
Dated: ~~February~~ __, 2008



9  THE HONORABLE VAUGHN R. WALKER
   UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA    4.    STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court at whose direction the service was made. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. I served a **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON NUVELO, INC.'S MOTION TO DISMISS FOR MAY 29, 2008** in the manner(s) indicated on the parties listed below:

☒ BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

Mario Alba, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

Phyllis M. Parker, Esq.
Barbara A. Podell, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA  19103

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

5.

STIP. AND [PROPOSED] ORDER RESETTING HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501 | Nicolette Tropiano, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |

Andrew Schatz, Esq.
Jeffrey S. Nobel, Esq.
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 28, 2008, at Palo Alto, California.

_____
Saundra L. Curry

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

6.

STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW